# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID A. LOPEZ, | ) | CASE NO. CV 06-07224 (RZ) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 23, 2007

*/s/ Ralph Zarefsky*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE